IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JAYDEEP SHAH, M.D. M.A.,** | § § § § § § § § § § § § § § § | |
| **Plaintiff,** | | |
| v. | | **Civil Action No. SA-18-CA-0751-XR** |
| **TENET HEALTHCARE CORPORATION, TENET HEALTHCARE LTD., VHS SAN ANTONIO PARTNERS LLC D/B/A NORTH CENTRAL BAPTIST HOSPITAL ET. AL., GRAHAM REEVE; DANA KELLIS; and WILLIAM WAECHTER,** | | |
| **Defendants.** | | |

## DEFENDANTS' JOINT CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Tenet Healthcare Corporation, Tenet Healthcare, Ltd., and VHS San Antonio Partners, LLC d/b/a Baptist Health System d/b/a North Central Baptist Hospital (collectively, "Defendants"), hereby disclose:

1. Tenet Healthcare Corporation is a publicly held corporation and has no parent corporation. BlackRock, Inc., a publicly held corporation, owns 10% or more of Tenet Healthcare Corporation's stock.

2. TH Healthcare, Ltd. (formerly known as Tenet Healthcare, Ltd.) is an indirect subsidiary of Tenet Healthcare Corporation. There is no publicly held corporation owning more than 10% of its stock.

3.	VHS San Antonio Partners, LLC d/b/a Baptist Health System d/b/a North Central Baptist Hospital is an indirect subsidiary of Tenet Healthcare Corporation. There is no publicly held corporation owning more than 10% of its stock.

Defendants will file a supplemental disclosure statement upon any change in the information provided herein.

Dated: November 19, 2018.

Respectfully submitted,

*/s/ Christopher A. Rogers*
Christopher A. Rogers
Texas Bar No. 24051264
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: (214) 651-5000
Fax: (214) 651-5940
chris.rogers@haynesboone.com

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that, on November 19, 2018, the foregoing document was served upon all counsel of record via the Court's electronic filing system in accordance with the Federal Rules of Civil Procedure.

*/s/ Christopher A. Rogers*
Christopher A. Rogers